

ATTORNEYS AT LAW

Parker McCay P.A.
Three Greentree Centre
7001 Lincoln Drive West
P.O. Box 974
Marlton, NJ 08053-0974

P: 856-596-8900
F: 856-596-9631
www.parkermccay.com

Stephen M. Bacigalupo, II, Esquire
P: 856-985-4051
F: 856-810-5852
sbacigalupo@parkermccay.com

May 25, 2010

File No. 01263-0004

Hon. Joseph H. Rodriguez, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

Re: **A.P. v. Northern Burlington County Regional Board of Education**
    Civil Action No.:    1:09-cv-05811 (JHR)

Dear Judge Rodriguez:

As Your Honor is aware, this law firm represents defendant, the Northern Burlington County Regional Board of Education, with regard to the above-captioned matter. Yesterday, I received a telephone message, which indicated that Your Honor had not received a courtesy copy of defendant's "Notice of Motion to Dismiss Plaintiffs' Complaint Pursuant to F.R.Civ.P. 12(b)(6)" and reply papers; I apologize for this oversight. A copy of said submissions are now enclosed for Your Honor's review.

Respectfully submitted,

**PARKER McCAY P.A.**

s/ Stephen M. Bacigalupo, II

SMB/bms
CC: Clerk of Court (*via* ECF)
    Ira M. Fingles, Esq. (*via* ECF)